| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Troy Brenes, 249776<br>Brenes Law Group P.C.<br>27141 Aliso Creek Rd., Suite 270<br>Aliso Viejo, CA 92656 | (949)397-9360 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>None | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
2500 Tulare Street, Rm 5000 (Entrance is located o
Fresno, CA 93721

PLAINTIFF:
Stephen Silber, et al.

DEFENDANT:
Davol, Inc., et al.

| PROOF OF SERVICE | DATE:<br>07/12/2018 | TIME:<br>9:30AM | DEPT/DIV:<br>#10 6 Flr | CASE NUMBER:<br>1:18-cv-00479-DAD-EPG |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Case Cover Sheet, Complaint, Summons, Summons, Notice of Hearing, Standing Order

2. Party Served: Davol, Inc., a corporation

3. Person Served: Daisy Montenegro - CT Corporation System - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:   04/09/2018      3:00PM

5. Address, City and State:   818 West Seventh Street, Suite 930
                              Los Angeles, CA 90017

6. Manner of Service:   Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 4553
Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/10/2018 at Los Angeles, California.

Signature: _____
Jimmy Lizama

OL# 11878569